862 A.2d 585

Michael McBRIDE, Respondent

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Petitioner.

Supreme Court of Pennsylvania.

Nov. 17, 2004.

## *ORDER*

PER CURIAM.

**AND NOW,** this 17th day of November, 2004, the Petition of Allowance of Appeal is granted and the order of the Commonwealth Court is reversed based on this Court's decision in *Siekierda v. Commonwealth of Pennsylvania, Dep't of Transp.,* 860 A.2d 76, 2004 WL 2359860 (Pa. October 20, 2004).